McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
PETER THOMPSON
Special Assistant United States Attorney
333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8943
Facsimile: (415) 744-0134
E-Mail: Peter.Thompson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLASAR McCLENTON,<br><br>    Plaintiff,<br><br>    v.<br><br>LINDA S. McMAHON[1],<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:05-01704-PAN (JFM)<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FIVE THOUSAND ONE HUNDRED and 00/100 DOLLARS ($5,100.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

---

[1] On January 20, 2007, Linda S. McMahon became the Acting Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

McCLENTON v. McMahon
EAJA Stip & Order
2:05-CV-01704-PAN (JFM)

Payment of the amount specified above shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

DATE: January 25, 2007 /s/ Bess M. Brewer
(As authorized on January 25, 2007)
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

DATE: January 25, 2007 McGREGOR W. SCOTT
United States Attorney

By: /s/ Bobbie J. Montoya for
PETER THOMPSON
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $5,100.00, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED.

DATED: January 30, 2007.

UNITED STATES MAGISTRATE JUDGE

13
McClenton.1704.stipord.eajafees.ss.wpd

McCLENTON v. McMahon
EAJA Stip & Order
2:05-CV-01704-PAN (JFM)            2